**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**KYLE WOJTYS,**

    **Plaintiff,**

v.                          **Case No.: 8:23-cv-02941-KKM-AEP**

**CAJUN OPERATING**
**COMPANY d/b/a**
**CHURCH'S CHICKEN,**

    **Defendant.**
_____/

**PLAINTIFF'S NOTICE OF RELATED ACTIONS**

In accordance with Local Rule 1.07(c), I certify that the instant action:

☒     IS         related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                    **US Equal Employment Opportunity Commission**
                    **Charge No.: 511-2023-00005**

☐     IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Related Actions upon each party no later than fourteen days after appearance of the party.

Dated this 30th day of January, 2024.

          Respectfully submitted,

          */s/ Brandon J. Hill*
          **BRANDON J. HILL**
          Florida Bar Number: 0037061
          Direct Dial: 813-337-7992
          **HANNAH E. DEBELLA**
          Florida Bar Number: 1026002
          **WENZEL FENTON CABASSA, P.A.**
          1110 N. Florida Avenue, Suite 300
          Tampa, Florida 33602
          Main Number: 813-224-0431
          Facsimile: 813-229-8712
          Email: bhill@wfclaw.com
          Email: hdebella@wfclaw.com
          Email: aketelsen@wfclaw.com
          **Counsel for Plaintiff**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of January, 2024, the foregoing was electronically filed with the Clerk of Court via the CM/ECF system, which will send notice of electronic filing to all counsel of record.

          */s/ Brandon J. Hill*
          **BRANDON J. HILL**